1  **WIRTZ LAW APC**
   Richard M. Wirtz (SBN 137812)
2  Amy R. Smith (SBN 286128)
   4370 La Jolla Village Drive, Suite 800
3  San Diego, California 92122
4  Telephone: (858) 259-5009

5  **KNIGHT LAW GROUP LLP**
6  Steve Mikhov (SBN 224676)
   1801 Century Park East, Suite 2300
7  Los Angeles, CA 90067
   Telephone: (310) 552-2250
8

9  Attorneys for Plaintiff LORENA GODINEZ

10 **BOWMAN AND BROOKE LLP**
11 Brian Takahashi (SBN: 146505)
   Richard L. Stuhlbarg (SBN: 180631)
12 Theodore Dorenkamp III (SBN: 277004)
13 Jimmy Y. Park (SBN: 228290)
   970 West 190th Street, Suite 700
14 Torrance, California 90502
15 Telephone: (310) 768-3068

16 Attorneys for Defendant BMW OF NORTH AMERICA, LLC

17
18              **UNITED STATES DISTRICT COURT**
19             **CENTRAL DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| **LORENA GODINEZ,** | Case No.: 2:17-cv-5072-ODW-RAO |
| Plaintiff, | **JOINT STATEMENT OF THE CASE** |
| vs. | |
| **BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,** | |
| Defendants. | |

1 Plaintiff Lorena Godinez, and Defendant BMW of North America LLC
2 ("BMW NA"), respectfully submit the following Joint Statement of the Case to be
3 read to the jury at trial:

4 On December 31, 2009, Plaintiff Lorena Godinez purchased the subject 2010
5 BMW 328iSA from McKenna BMW. Plaintiff claims the vehicle was delivered
6 containing defects that substantially impaired the use, value and safety of the vehicle
7 and that even though she brought the defects to the attention of BMW NA's
8 authorized repair facility, the defects could not be or were not repaired. Plaintiff
9 also claims that BMW NA failed to promptly replace or buy back the vehicle as
10 required under the Song Beverly Warranty Act, California's Lemon Law, and that
11 BMW NA's failure to promptly replace or buy back the vehicle was "willful."

12 BMW NA contends that the subject 2010 BMW 328iSA was generally
13 acceptable and fit for its ordinary purposes, and that there were no defects covered
14 by the written warranty which were presented an unreasonable number of repair
15 attempts. BMW NA further contends that the use, value or safety of the subject
16 vehicle has not been substantially impaired. Finally, BMW NA contends that it acted
17 in good faith in declining to repurchase the vehicle and that it has not willfully
18 violated the law.

Respectfully Submitted,

DATED: October 9, 2018        **WIRTZ LAW APC**

By:  */s/ Amy R. Smith*
     Richard M. Wirtz
     Amy R. Smith
     Attorneys for Plaintiff,
     LORENA GODINEZ

DATED: October 9, 2018        **BOWMAN AND BROOKE LLP**

By:  */s/ Jimmy Y. Park*
     Brian Takahashi
     Richard L. Stuhlbarg
     Theodore Dorenkamp III
     Jimmy Y. Park
     Attorneys for Defendant,
     BMW OF NORTH AMERICA, LLC