**WIRTZ LAW APC**
Richard M. Wirtz (SBN 137812)
Amy R. Rotman (SBN 286128)
4370 La Jolla Village Drive, Suite 800
San Diego, California 92122
Telephone: (858) 259-5009

**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250

Attorneys for Plaintiff,
LORENA GODINEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENA GODINEZ,** | Case No.: 2:17-cv-5072-ODW-RAO |
| Plaintiff, | |
| vs. | **[PLAINTIFF'S PROPOSED] JOINT EXHIBIT LIST** |
| **BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,** | |
| Defendants. | |

Plaintiff LORENA GODINEZ and Defendant BMW OF NORTH AMERICA, LLC, by and through counsel, hereby submit the following exhibit list for the trial in the above-entitled action. The parties reserve the right to introduce exhibits designated and/or listed and/or offered by any party to this action, and hereby reserve the right to object to the admissibility of any exhibits designated, listed, and/or offered by any other party to this action. The parties further reserve the right to introduce exhibits for the purpose of impeachment, rebuttal, or rehabilitation and reserves the right to introduce additional exhibits upon appropriate notice to all parties. The Parties further hereby reserve the right to introduce additional exhibits as necessary, including, but not limited to any and all exhibits marked and attached to the depositions of any fact or expert witness taken in this action. The Parties further reserve the right to augment this Exhibit List following the conferencing with one another's counsel that is required pursuant to local rules.

## PLAINTIFF'S EXHIBITS

| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
|---|---|---|---|---|---|
| 1. | Retail Installment Sale Contract dated 12/31/09 | | | | |
| 2. | McKenna BMW Repair Order No. 162832 dated 12/18/09 (GODINEZ000220-223) | | | | |
| 3. | McKenna BMW Repair Order No. 162949 dated 12/21/09 (GODINEZ000070-76) | | | | |
| 4. | McKenna BMW Repair Order No. 178380 dated 10/11/10 (GODINEZ000224-33) (Lorena Godinez vs. BMWNA 30) | | | | |

| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
|---|---|---|---|---|---|
| 5. | McKenna BMW Repair Order No. 184358 dated 1/24/11 <br> (GODINEZ000234-44) <br> (Lorena Godinez vs. BMWNA 28-29) | | | | |
| 6. | McKenna BMW Repair Order No. 195979 dated 9/9/11 <br> (GODINEZ000245-56) <br> (Lorena Godinez vs. BMWNA 26-27) | | | | |
| 7. | McKenna BMW Repair Order No. 202850 dated 1/16/12 <br> (GODINEZ000126-30) <br> (GODINEZ000257-70) <br> (Lorena Godinez vs. BMWNA 24-25) | | | | |
| 8. | McKenna BMW Repair Order No. 212135 dated 7/9/12 <br> (GODINEZ000131-36) <br> (GODINEZ000272-83) <br> (Lorena Godinez vs. BMWNA 22-23) | | | | |
| 9. | McKenna BMW Repair Order No. 218120 dated 10/31/12 <br> (GODINEZ000137-52) <br> (GODINEZ000284-308) <br> (Lorena Godinez vs. BMWNA 18-21) | | | | |
| 10. | McKenna BMW Repair Order No. 221071 dated 12/31/12 <br> (GODINEZ000153-56) <br> (GODINEZ000309-319) <br> (Lorena Godinez vs. BMWNA 17) | | | | |

-3-

[PLAINTIFF'S PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
|---|---|---|---|---|---|
| 11. | McKenna BMW Repair Order No. 223125 dated 2/11/13 (GODINEZ000157-162) (GODINEZ000320-32) (Lorena Godinez vs. BMWNA 15-16) | | | | |
| 12. | McKenna BMW Repair Order No. 224484 dated 3/11/13 (GODINEZ000163-66) (GODINEZ000333-44) (Lorena Godinez vs. BMWNA 14) | | | | |
| 13. | McKenna BMW Repair Order No. 232745 dated 8/8/13 (GODINEZ000167-77) (GODINEZ000345-62) (Lorena Godinez vs. BMWNA 11-13) | | | | |
| 14. | McKenna BMW Repair Order No. 233213 dated 8/17/13 (GODINEZ000178-84) (GODINEZ000363-69) (GODINEZ000370-82) (Lorena Godinez vs. BMWNA 9-10) | | | | |
| 15. | McKenna BMW Repair Order No. 239846 dated 12/27/13 (GODINEZ000185-94) (GODINEZ000383-401) (Lorena Godinez vs. BMWNA 6-8) | | | | |

| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
|---|---|---|---|---|---|
| 16. | McKenna BMW Repair Order No. 240249 dated 1/4/14 <br> (GODINEZ000195-96) <br> (GODINEZ000402-12) | | | | |
| 17. | New Century BMW Repair Order No. 915264 dated 11/26/14 <br> (GODINEZ000197-200) <br> (GODINEZ000417-28) | | | | |
| 18. | New Century BMW Repair Order No. 944017 dated 10/24/15 <br> (GODINEZ000429-33) <br> (GODINEZ000435) <br> (GODINEZ000437-57) | | | | |
| 19. | New Century BMW Repair Order No. 973019 dated 9/26/16 <br> (GODINEZ000210-12) <br> (GODINEZ000459-62) <br> (GODINEZ000471-501) <br> (Lorena Godinez vs. BMWNA 32-37) | | | | |
| 20. | New Century BMW Repair Order No. 979975 dated 12/9/16 <br> (GODINEZ000503-06) <br> (GODINEZ000509-58) | | | | |
| 21. | New Century BMW Repair Order No. 1002966 dated 8/30/17 <br> (Lorena Godinez vs. BMWNA 39-40) | | | | |

[PLAINTIFF'S PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
|---|---|---|---|---|---|
| 22. | New Century BMW Repair Order No. 1033915 dated 8/28/18<br><br>(Lorena Godinez vs. BMWNA 50-52) | | | | |
| 23. | New Century BMW Repair Order No. 1039168 dated 10/29/18<br><br>(Lorena Godinez vs. BMWNA 63-65) | | | | |
| 24. | New Century BMW Repair Order No. 1041238 dated 11/24/18<br><br>(Lorena Godinez vs. BMWNA 66-68) | | | | |
| 25. | New Century BMW Repair Order No. 1041240 dated 11/24/18<br><br>(Lorena Godinez vs. BMWNA 69-71) | | | | |
| 26. | New Century BMW Repair Order No. 1044752 dated 1/7/19<br><br>(Lorena Godinez vs. BMWNA 72-73) | | | | |
| 27. | American Tire Depot Invoice dated 10/8/16<br><br>(Lorena Godinez vs. BMWNA 41) | | | | |
| 28. | American Tire Depot Invoice dated 12/22/17<br><br>(Lorena Godinez vs. BMWNA 42-43) | | | | |

| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
|---|---|---|---|---|---|
| 29. | American Tire Depot Invoice dated 7/27/18 (Lorena Godinez vs. BMWNA 53-54) | | | | |
| 30. | Purchase Documents (GODINEZ000065-69) | | | | |
| 31. | DMV Documents (Lorena Godinez vs. BMWNA 3-4, 58) | | | | |
| 32. | Insurance Documents (Lorena Godinez vs. BMWNA 5, 59-62, 77-80, 90-91) | | | | |
| 33. | Letter from BMW Financial Services to Plaintiff dated March 20, 2018 (Exhibit 3 Plaintiff's Depo) | | | | |
| 34. | Email from BMW to Plaintiff RE: Plaintiff's Repurchase Request dated 11/10/16 (Lorena Godinez v. BMWNA 56-57) | | | | |
| 35. | Internal BMW Email RE: Plaintiff's Repurchase Request dated 11/10/16 (GODINEZ000219) | | | | |
| 36. | Service History Recap through 9/26/16 (GODINEZ000119-20) | | | | |
| 37. | Warranty Vehicle Inquiry dated 11/10/16 (GODINEZ000215-18) | | | | |

| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
|---|---|---|---|---|---|
| 38. | Warranty Claim Details dated 11/11/16 (GODINEZ000121-125) | | | | |
| 39. | Warranty Vehicle Inquiry dated 4/26/17 (GODINEZ000087-118) | | | | |
| 40. | Warranty Vehicle Inquiry dated 8/6/18 (Holguin Expert File) | | | | |
| 41. | Service Request Detail S01028802381 dated 10/15/10 (GODINEZ000077-78) | | | | |
| 42. | Service Request Detail S01219805190 dated 7/16/12 (GODINEZ000079-80) | | | | |
| 43. | Service Request Detail 201631205281 dated 11/23/16 (GODINEZ000081-86) | | | | |
| 44. | SI B 63 06 10 – LEDs in Rear Lamp Inoperative (GODINEZ000593) | | | | |
| 45. | SI B 61 02 13 – Recall Campaign 13v-044: Repair Battery Positive Cable; Attachment for Repair Battery Positive Cable (GODINEZ000564-76, 589-92) | | | | |
| 46. | SI B 61 02 13 – Customer Letter RE: Recall Campaign 13v-044: Repair Battery Positive Cable (GODINEZ000561-63) | | | | |

| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
|---|---|---|---|---|---|
| 47. | SI B 61 02 13 – Q&A RE: Recall Campaign 13v-044: Repair Battery Positive Cable (GODINEZ000577-79) | | | | |
| 48. | SI B 12 18 14 – Engine Misfire Due to Failed Ignition Coil (GODINEZ000586-88) | | | | |
| 49. | SI B 01 20 16 – Footwell Module: Limited Warranty Extension to 8 Years/125,000 Miles; Attachment for Footwell Module: Limited Warranty Extension to 8 Years/125,000 Miles (GODINEZ000559-60, 580-85) | | | | |
| 50. | SI B 11 16 17 – Recall 17V-683: Positive Crankcase Ventilation (PCV) Valve Heater; Repair Procedures for Positive Crankcase Ventilation (PCV) Valve Heater (Holguin Expert File) | | | | |
| 51. | SI B 64 07 17 – Recall 17V-676: Blower Motor Wiring; Repair Procedures for Short Repair Cable; Repair Procedures for Wire Harness Connector; Repair Procedures for Harness Checking Procedure (Holguin Expert File) | | | | |
| 52. | Service and Warranty Information Booklet – 2010 1 Series, 3 Series, 5 Series, 6 Series (GODINEZ000001-61) | | | | |

| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
|---|---|---|---|---|---|
| 53. | BBB California Lemon Law Summary (Redacted) <br> (Lorena Godinez vs. BMW NA 84-89) | | | | |
| 54. | Owner's Manual for Vehicle – 328i, 328i xDrive, 335i, 335i xDrive, M3 | | | | |
| 55. | Photographs of Vehicle <br> (Lorena Godinez vs. BMWNA 46-49) <br> (Exhibit 4 Plaintiff's Depo) <br> (Lorena Godinez vs. BMWNA 81) | | | | |
| 56. | German Imports Auto Inc. Invoice dated 6/25/18 <br> (Lorena Godinez vs. BMWNA 55) | | | | |
| 57. | New Century BMW Repair Order No. 1054543 dated 5/9/19 <br> (Lorena Godinez vs. BMWNA 74-76) | | | | |
| 58. | BMW Advertisement: Nothing Less Than Perfection <br> (Lorena Godinez vs. BMWNA 82-83) | | | | |
| 59. – 999. | *Reserved* | | | | |

-10-

[PLAINTIFF'S PROPOSED] JOINT EXHIBIT LIST

| | **DEFENDANT'S EXHIBITS** | | | | |
|---|---|---|---|---|---|
| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
| 1000. | Vehicle Repair Timelines | Relevance, FRE 403, Demonstrative | | | |
| 1001. | Complaint dated 4/18/17 | Relevance, Not Evidence | | | |
| 1002. | Vehicle Warranty History | | | | |
| 1003. | BMW BBB Arbitration Certification Program | Relevance | | | |
| 1004. | Certificate of Certified Status | Relevance | | | |
| 1005. | BBB California Lemon Law Summary | Object in Part: Only to Sections 9-10 and 17-18; FRE 403 | | | |
| 1006. | Carfax re subject vehicle | Relevance | | | |
| 1007. | Luis Holguin expert disclosure and expert report | | | | |
| 1008. | Relevant Portions of Service Manual for BMW 3 Series 2006-2010 | | | | |
| 1009. | Diagram Re Oil Filter Housing Gasket and Gasket | Not Produced in Discovery | | | |
| 1010. | Diagram Re Drive Belt Pulley, Idler Pulley, and Power Steering Pump | Not Produced in Discovery | | | |
| 1011. | Diagram Re Coolant System | Not Produced in Discovery | | | |

| Exhibit No. | Description | Grounds for Objection | Response to Objection | Date Id. | Date Adm. |
|---|---|---|---|---|---|
| 1012. | Diagram Re Window Regulator | Not Produced in Discovery | | | |
| 1013. | Diagram Re Valve Cover and Exemplar Valve Cover Gasket | Not Produced in Discovery | | | |
| 1014. | Diagram Re O2 Sensor | Not Produced in Discovery | | | |
| 1015. | Foot Well Module Description | Not Produced in Discovery | | | |
| 1016. | Exemplar Tail Lamp LED Circuit Board | Not Produced in Discovery | | | |
| 1017. | Front Brake Caliper Diagram | Not Produced in Discovery | | | |
| 1018. | Gas Cap Photograph and Exemplar Gas Cap | Not Produced in Discovery | | | |
| 1019. | SIB 61 02 13 Re Battery Cable | Duplicative | | | |
| 1020. | Ignition Coil Diagram | | | | |
| 1021. | Exemplar Valve Cover | Not Produced in Discovery | | | |
| 1022. | Customer Contact Log | Duplicative | | | |
| 1023. | Email dated 12/19/16 to Jose Conde re additional vehicle repair with attached documents | Not Produced in Discovery | | | |
| 1024. | Email re Jose Conde's Response to 12/19/16 email | Not Produced in Discovery | | | |
| 1025. | *Reserved* | | | | |

DATED: November 4, 2019

Respectfully Submitted,

**WIRTZ LAW APC**

By: */s/ Amy R. Rotman*
Richard M. Wirtz
Amy R. Rotman
Attorneys for Plaintiff,
LORENA GODINEZ