**WIRTZ LAW APC**
Richard M. Wirtz (SBN 137812)
Amy R. Rotman (SBN 286128)
4370 La Jolla Village Drive, Suite 800
San Diego, California 92122
Telephone: (858) 259-5009

**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250

Attorneys for Plaintiff,
LORENA GODINEZ

**LEHRMAN LAW GROUP**
Kate S. Lehrman (SBN 123050)
12121 Wilshire Blvd., Suite 1300
Los Angeles, CA 90025
Telephone: (310) 917-4500

Attorneys for Defendant,
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENA GODINEZ,** | Case No.: 2:17-cv-5072-ODW-RAO |
| Plaintiff, | |
| vs. | **JOINT EXHIBIT LIST** |
| **BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,** | |
| Defendants. | |

Plaintiff LORENA GODINEZ and Defendant BMW OF NORTH AMERICA, LLC, by and through counsel, hereby submit the following exhibit list for the trial in the above-entitled action. The parties reserve the right to introduce exhibits designated and/or listed and/or offered by any party to this action, and hereby reserve the right to object to the admissibility of any exhibits designated, listed, and/or offered by any other party to this action. The parties further reserve the right to introduce exhibits for the purpose of impeachment, rebuttal, or rehabilitation and reserves the right to introduce additional exhibits upon appropriate notice to all parties. The Parties further hereby reserve the right to introduce additional exhibits as necessary, including, but not limited to any and all exhibits marked and attached to the depositions of any fact or expert witness taken in this action. The Parties further reserve the right to augment this Exhibit List following the conferencing with one another's counsel that is required pursuant to local rules.

### PLAINTIFF'S EXHIBITS

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Retail Installment Sale Contract dated 12/31/09 | | |
| 2. | McKenna BMW Repair Order No. 162832 dated 12/18/09<br>(GODINEZ000220-223) | | |
| 3. | McKenna BMW Repair Order No. 162949 dated 12/21/09<br>(GODINEZ000070-76) | | |
| 4. | McKenna BMW Repair Order No. 178380 dated 10/11/10<br>(GODINEZ000224-33)<br>(Lorena Godinez vs. BMWNA 30) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 5. | McKenna BMW Repair Order No. 184358 dated 1/24/11<br><br>(GODINEZ000234-44)<br><br>(Lorena Godinez vs. BMWNA 28-29) | | |
| 6. | McKenna BMW Repair Order No. 195979 dated 9/9/11<br><br>(GODINEZ000245-56)<br><br>(Lorena Godinez vs. BMWNA 26-27) | | |
| 7. | McKenna BMW Repair Order No. 202850 dated 1/16/12<br><br>(GODINEZ000126-30)<br><br>(GODINEZ000257-70)<br><br>(Lorena Godinez vs. BMWNA 24-25) | | |
| 8. | McKenna BMW Repair Order No. 212135 dated 7/9/12<br><br>(GODINEZ000131-36)<br><br>(GODINEZ000272-83)<br><br>(Lorena Godinez vs. BMWNA 22-23) | | |
| 9. | McKenna BMW Repair Order No. 218120 dated 10/31/12<br><br>(GODINEZ000137-52)<br><br>(GODINEZ000284-308)<br><br>(Lorena Godinez vs. BMWNA 18-21) | | |
| 10. | McKenna BMW Repair Order No. 221071 dated 12/31/12<br><br>(GODINEZ000153-56)<br><br>(GODINEZ000309-319)<br><br>(Lorena Godinez vs. BMWNA 17) | | |

JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 11. | McKenna BMW Repair Order No. 223125 dated 2/11/13<br>(GODINEZ000157-162)<br>(GODINEZ000320-32)<br>(Lorena Godinez vs. BMWNA 15-16) | | |
| 12. | McKenna BMW Repair Order No. 224484 dated 3/11/13<br>(GODINEZ000163-66)<br>(GODINEZ000333-44)<br>(Lorena Godinez vs. BMWNA 14) | | |
| 13. | McKenna BMW Repair Order No. 232745 dated 8/8/13<br>(GODINEZ000167-77)<br>(GODINEZ000345-62)<br>(Lorena Godinez vs. BMWNA 11-13) | | |
| 14. | McKenna BMW Repair Order No. 233213 dated 8/17/13<br>(GODINEZ000178-84)<br>(GODINEZ000363-69)<br>(GODINEZ000370-82)<br>(Lorena Godinez vs. BMWNA 9-10) | | |
| 15. | McKenna BMW Repair Order No. 239846 dated 12/27/13<br>(GODINEZ000185-94)<br>(GODINEZ000383-401)<br>(Lorena Godinez vs. BMWNA 6-8) | | |

JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 16. | McKenna BMW Repair Order No. 240249 dated 1/4/14<br>(GODINEZ000195-96)<br>(GODINEZ000402-12) | | |
| 17. | New Century BMW Repair Order No. 915264 dated 11/26/14<br>(GODINEZ000197-200)<br>(GODINEZ000417-28) | | |
| 18. | New Century BMW Repair Order No. 944017 dated 10/24/15<br>(GODINEZ000429-33)<br>(GODINEZ000435)<br>(GODINEZ000437-57) | | |
| 19. | New Century BMW Repair Order No. 973019 dated 9/26/16<br>(GODINEZ000210-12)<br>(GODINEZ000459-62)<br>(GODINEZ000471-501)<br>(Lorena Godinez vs. BMWNA 32-37) | | |
| 20. | New Century BMW Repair Order No. 979975 dated 12/9/16<br>(GODINEZ000503-06)<br>(GODINEZ000509-58) | | |
| 21. | New Century BMW Repair Order No. 1002966 dated 8/30/17<br>(Lorena Godinez vs. BMWNA 39-40) | | |
| 22. | New Century BMW Repair Order No. 1033915 dated 8/28/18<br>(Lorena Godinez vs. BMWNA 50-52) | | |

JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 23. | New Century BMW Repair Order No. 1039168 dated 10/29/18 (Lorena Godinez vs. BMWNA 63-65) | | |
| 24. | New Century BMW Repair Order No. 1041238 dated 11/24/18 (Lorena Godinez vs. BMWNA 66-68) | | |
| 25. | New Century BMW Repair Order No. 1041240 dated 11/24/18 (Lorena Godinez vs. BMWNA 69-71) | | |
| 26. | New Century BMW Repair Order No. 1044752 dated 1/7/19 (Lorena Godinez vs. BMWNA 72-73) | | |
| 27. | American Tire Depot Invoice dated 10/8/16 (Lorena Godinez vs. BMWNA 41) | | |
| 28. | American Tire Depot Invoice dated 12/22/17 (Lorena Godinez vs. BMWNA 42-43) | | |
| 29. | American Tire Depot Invoice dated 7/27/18 (Lorena Godinez vs. BMWNA 53-54) | | |
| 30. | Purchase Documents (GODINEZ000065-69) | | |
| 31. | DMV Documents (Lorena Godinez vs. BMWNA 3-4, 58) | | |
| 32. | Insurance Documents (Lorena Godinez vs. BMWNA 5, 59-62) | | |
| 33. | Letter from BMW Financial Services to Plaintiff dated March 20, 2018 (Exhibit 3 Plaintiff's Depo) | | |

JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 34. | Email from BMW to Plaintiff RE: Plaintiff's Repurchase Request dated 11/10/16 (Lorena Godinez v. BMWNA 56-57) | | |
| 35. | Internal BMW Email RE: Plaintiff's Repurchase Request dated 11/10/16 (GODINEZ000219) | | |
| 36. | Service History Recap through 9/26/16 (GODINEZ000119-20) | | |
| 37. | Warranty Vehicle Inquiry dated 11/10/16 (GODINEZ000215-18) | | |
| 38. | Warranty Claim Details dated 11/11/16 (GODINEZ000121-125) | | |
| 39. | Warranty Vehicle Inquiry dated 4/26/17 (GODINEZ000087-118) | | |
| 40. | Warranty Vehicle Inquiry dated 8/6/18 (Holguin Expert File) | | |
| 41. | Service Request Detail S01028802381 dated 10/15/10 (GODINEZ000077-78) | | |
| 42. | Service Request Detail S01219805190 dated 7/16/12 (GODINEZ000079-80) | | |
| 43. | Service Request Detail 201631205281 dated 11/23/16 (GODINEZ000081-86) | | |

JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 44. | SI B 63 06 10 – LEDs in Rear Lamp Inoperative<br><br>(GODINEZ000593) | | |
| 45. | SI B 61 02 13 – Recall Campaign 13v-044: Repair Battery Positive Cable; Attachment for Repair Battery Positive Cable<br><br>(GODINEZ000564-76, 589-92) | | |
| 46. | SI B 61 02 13 – Customer Letter RE: Recall Campaign 13v-044: Repair Battery Positive Cable<br><br>(GODINEZ000561-63) | | |
| 47. | SI B 61 02 13 – Q&A RE: Recall Campaign 13v-044: Repair Battery Positive Cable<br><br>(GODINEZ000577-79) | | |
| 48. | SI B 12 18 14 – Engine Misfire Due to Failed Ignition Coil<br><br>(GODINEZ000586-88) | | |
| 49. | SI B 01 20 16 – Footwell Module: Limited Warranty Extension to 8 Years/125,000 Miles; Attachment for Footwell Module: Limited Warranty Extension to 8 Years/125,000 Miles<br><br>(GODINEZ000559-60, 580-85) | | |
| 50. | SI B 11 16 17 – Recall 17V-683: Positive Crankcase Ventilation (PCV) Valve Heater; Repair Procedures for Positive Crankcase Ventilation (PCV) Valve Heater<br><br>(Holguin Expert File) | | |

JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 51. | SI B 64 07 17 – Recall 17V-676: Blower Motor Wiring; Repair Procedures for Short Repair Cable; Repair Procedures for Wire Harness Connector; Repair Procedures for Harness Checking Procedure<br><br>(Holguin Expert File) | | |
| 52. | Service and Warranty Information Booklet – 2010 1 Series, 3 Series, 5 Series, 6 Series<br><br>(GODINEZ000001-61) | | |
| 53. | BBB California Lemon Law Summary | | |
| 54. | Owner's Manual for Vehicle – 328i, 328i xDrive, 335i, 335i xDrive, M3 | | |
| 55. | Photographs of Vehicle<br><br>(Lorena Godinez vs. BMWNA 46-49)<br><br>(Exhibit 4 Plaintiff's Depo) | | |
| 56. | German Imports Auto Inc. Invoice dated 6/25/18<br><br>(Lorena Godinez vs. BMWNA 55) | | |
| 57. – 999. | *Reserved* | | |

JOINT EXHIBIT LIST

**DEFENDANT'S EXHIBITS**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1000. | Vehicle Repair Timelines | | |
| 1001. | Complaint dated 4/18/17 | | |
| 1002. | Vehicle Warranty History | | |
| 1003. | BMW BBB Arbitration Certification Program | | |
| 1004. | Certificate of Certified Status | | |
| 1005. | BBB California Lemon Law Summary | | |
| 1006. | Carfax re subject vehicle | | |
| 1007. | Luis Holguin expert disclosure and expert report | | |
| 1008. | Relevant Portions of Service Manual for BMW 3 Series 2006-2010 | | |
| 1009. | Diagram Re Oil Filter Housing Gasket and Gasket | | |
| 1010. | Diagram Re Drive Belt Pulley, Idler Pulley, and Power Steering Pump | | |
| 1011. | Diagram Re Coolant System | | |
| 1012. | Diagram Re Window Regulator | | |
| 1013. | Diagram Re Valve Cover and Exemplar Valve Cover Gasket | | |

JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1014. | Diagram Re O2 Sensor | | |
| 1015. | Foot Well Module Description | | |
| 1016. | Exemplar Tail Lamp LED Circuit Board | | |
| 1017. | Front Brake Caliper Diagram | | |
| 1018. | Gas Cap Photograph and Exemplar Gas Cap | | |
| 1019. | SIB 61 02 13 Re Battery Cable | | |
| 1020. | Ignition Coil Diagram | | |
| 1021. | Exemplar Valve Cover | | |
| 1022. | Customer Contact Log | | |
| 1023. | Email dated 12/19/16 to Jose Conde re additional vehicle repair with attached documents | | |
| 1024. | Email re Jose Conde's Response to 12/19/16 email | | |
| 1025. | *Reserved* | | |

JOINT EXHIBIT LIST

1   | Respectfully Submitted,

2   | DATED:      April 1, 2019      | **WIRTZ LAW APC**

3

4

5   | By:   _/s/ Amy R. Rotman_

6   | Richard M. Wirtz

7   | Amy R. Rotman
    | Attorneys for Plaintiff,

8   | LORENA GODINEZ

9

10  | DATED:      April 1, 2019      | **LEHRMAN LAW GROUP**

11

12

13  | By:   _/s/ Daniel R. Villegas_

    | Daniel R. Villegas

14  | Attorneys for Defendant,

15  | BMW OF NORTH AMERICA, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT EXHIBIT LIST