1  KATE S. LEHRMAN [Bar No. 123050]
2  klehrman@lehrmanlawgroup.com
   DANIEL R. VILLEGAS [Bar No. 159935]
3  dvillegas@lehrmanlawgroup.com
4  ANDREW STEFATOS [Bar No. 306697]
   astefatos@lehrmanlawgroup.com
5  LEHRMAN LAW GROUP
6  12121 Wilshire Boulevard
   Suite 1300
7  Los Angeles, CA  90025
8  (310) 917-4500
9  (310) 917-5677 (FAX)

10 Attorneys for Defendants
11 BMW OF NORTH AMERICA, LLC and
   MCKENNA MOTOR COMPANY, INC.,
12 d/b/a MCKENNA BMW

13
                  UNITED STATES DISTRICT COURT
14
15                CENTRAL DISTRICT OF CALIFORNIA
16

17 | LORENA GODINEZ,                      | ) Case No. 2:17-cv-05072-FLA-RAO
18 |                                       | ) [Filed:  April 18, 2017]
   |            Plaintiff,                 | ) [Removed:  July 10, 2017]
19 |                                       | )
20 |     v.                                | ) Hon. Fernando L. Aenlle-Rocha
   |                                       | ) Courtroom 6B
21 | BMW OF NORTH AMERICA, LLC, a          | )
22 | Delaware Limited Liability Company,   | )
   | MCKENNA MOTOR COMPANY,                | ) **AMENDED NOTICE OF LODGING**
23 | INC., d/b/a MCKENNA BMW, and          | ) **DEPOSITION TRANSCRIPTS**
24 | DOES 1 through 10, inclusive,         | )
25 |                                       | )
   |            Defendants.                | )
26 |                                       | ) DISCOVERY CUT-OFF:  05/02/18
   |                                       |   MOTION CUT-OFF:       09/17/18
27 |                                       |   TRIAL DATE:           08/10/21
28

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that defendants BMW OF NORTH AMERICA, LLC and MCKENNA BMW hereby lodge with the Court for the trial of this action the deposition transcripts and exhibits of:

| | | |
|---|---|---|
| 1. | Jose Conde | 06/21/18 |
| 2. | Luis Holguin | 08/07/18 |
| 3. | Thomas Lepper, CFEI, CVFI | 07/26/18 |

DATED:  August 16, 2021     **LEHRMAN LAW GROUP**

By: /s/ Andrew K. Stefatos
 Andrew K. Stefatos
Attorneys for Defendants
BMW OF NORTH AMERICA, LLC
and MCKENNA MOTOR
COMPANY, INC., d/b/a MCKENNA BMW