## LIST OF EXHIBITS AND WITNESSES

| Case Number | LACV 17-05072-FLA(RAOx) | Title | Lorena Godinez v. BMW of North America, LLC, et al. |
|---|---|---|---|
| Judge | FERNANDO L. AENLLE-ROCHA | | |
| Dates of Trial or Hearing | 8/12/21; 8/16/21; 8/17/21; 8/18/21; 8/19/21 & 8/20/21 | | |
| Court Reporters or Tape No. | Anne Kielwasser; Marea Woolrich; Myra Ponce; Katie Thibodeaux | | |
| Deputy Clerks | V.R. Vallery; Twyla Freeman | | |

FILED
CLERK, U.S. DISTRICT COURT
August 20, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VRV DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Greg Mohrman | Daniel R. Villegas |
| Scot D. Wilson | Andrew K. Stefatos |
| | Bradley Rankell - 8/16/21 |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Thomas Lepper - 8/12; 8/16 | Plaintiff |
| | | | | | | Lorena Godinez - 8/16 | Plaintiff |
| | | | | | | Jose Conde - 8/16; 8/17 | Plaintiff |
| | | | | | | Luis Holguin - 8/17 | Defendant |

**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
Scot D. Wilson (SBN 223367)
Roger Kirnos (SBN 283163)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250

**WIRTZ LAW APC**
Richard M. Wirtz (SBN 137812)
Jessica R. Underwood (SBN 306481)
4370 La Jolla Village Drive, Suite 800
San Diego, California 92122
Telephone: (858) 259-5009

Attorneys for Plaintiff, LORENA GODINEZ

**LEHRMAN LAW GROUP**
Kate S. Lehrman (SBN 123050)
Daniel R. Villegas (SBN 159935)
Andrew K. Stefatos (SBN 306697)
12121 Wilshire Boulevard, Suite 1300
Los Angeles, CA  90025
Telephone: (310) 917-4500

Attorneys for Defendant, BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENA GODINEZ,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,**<br><br>          Defendants. | Case No.: 2:17-cv-5072-FLA (RAOx)<br><br>***AMENDED* JOINT EXHIBIT LIST** |

55.416. - 00619561.DOCX

Plaintiff LORENA GODINEZ and Defendant BMW OF NORTH AMERICA, LLC, by and through counsel, hereby submit the following exhibit list for the trial in the above-entitled action. The parties reserve the right to introduce exhibits designated and/or listed and/or offered by any party to this action, and hereby reserve the right to object to the admissibility of any exhibits designated, listed, and/or offered by any other party to this action. The parties further reserve the right to introduce exhibits for the purpose of impeachment, rebuttal, or rehabilitation and reserves the right to introduce additional exhibits upon appropriate notice to all parties. The Parties further hereby reserve the right to introduce additional exhibits as necessary, including, but not limited to any and all exhibits marked and attached to the depositions of any fact or expert witness taken in this action. The Parties further reserve the right to augment this Exhibit List following the conferencing with one another's counsel that is required pursuant to local rules.

## PLAINTIFF'S EXHIBITS

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
|  |  | X |  | **ADMITTED** |  |  |
| 1. | Retail Installment Sale Contract dated 12/31/09 |  | X |  |  | 8/16/21 |

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| 2. | EXCLUDED |  |  |  |  |  |
| 3. | EXCLUDED |  |  |  |  |  |

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
| 4. | McKenna BMW Repair Order No. 178380 dated 10/11/10 (GODINEZ000224-33) (Lorena Godinez vs. BMWNA 30) | X | X | **ADMITTED** | | 8/12/21 |
| 5. | McKenna BMW Repair Order No. 184358 dated 1/24/11 (GODINEZ000234-44) (Lorena Godinez vs. BMWNA 28-29) | X | | **Sustained pending evidence at trial** | | |
| 6. | EXCLUDED | | | | | |
| 7. | McKenna BMW Repair Order No. 202850 dated 1/16/12 (GODINEZ000126-30) (GODINEZ000257-70) (Lorena Godinez vs. BMWNA 24-25) | X | | **Sustained pending evidence at trial** | | |
| 8. | WITHDRAWN | | | | | |

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
| 9. | McKenna BMW Repair Order No. 218120 dated 10/31/12 (GODINEZ000137-52) (GODINEZ000284-308) (Lorena Godinez vs. BMWNA 18-21) | X | | **ADMITTED** | | 8/12/21 |
| 10. | EXCLUDED | | | | | |
| 11. | EXCLUDED | | | | | |
| 12. | McKenna BMW Repair Order No. 224484 dated 3/11/13 (GODINEZ000163-66) (GODINEZ000333-44) (Lorena Godinez vs. BMWNA 14) | X | | | | 8/16/21 |
| 13. | McKenna BMW Repair Order No. 232745 dated 8/8/13 (GODINEZ000167-77) (GODINEZ000345-62) (Lorena Godinez vs. BMWNA 11-13) | X | | **ADMITTED** | | 8/12/21 |
| 14. | WITHDRAWN | | | | | |

55.416. - 00619561.DOCX -5-
*AMENDED* JOINT EXHIBIT LIST

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
| 15. | McKenna BMW Repair Order No. 239846 dated 12/27/13 (GODINEZ000185-94) (GODINEZ000383-401) (Lorena Godinez vs. BMWNA 6-8) | X | | **ADMITTED** | | 8/12/21 |
| 16. | McKenna BMW Repair Order No. 240249 dated 1/4/14 (GODINEZ000195-96) (GODINEZ000402-12) | X | | **ADMITTED** | | 8/16/21 |
| 17. | New Century BMW Repair Order No. 915264 dated 11/26/14 (GODINEZ000197-200) (GODINEZ000417-28) | X | | **Sustained pending evidence at trial** | | |
| 18. | New Century BMW Repair Order No. 944017 dated 10/24/15 (GODINEZ000429-33) (GODINEZ000435) (GODINEZ000437-57) | X | | **Sustained pending evidence at trial** | | |

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
| 19. | New Century BMW Repair Order No. 973019 dated 9/26/16 (GODINEZ000210-12) (GODINEZ000459-62) (GODINEZ000471-501) (Lorena Godinez vs. BMWNA 32-37) | X | | **ADMITTED** | | 8/12/21 |
| 20. | New Century BMW Repair Order No. 979975 dated 12/9/16 (GODINEZ000503-06) (GODINEZ000509-58) | X | | **ADMITTED** | | 8/12/21 |
| 21. | New Century BMW Repair Order No. 1002966 dated 8/30/17 (Lorena Godinez vs. BMWNA 39-40) | X | | **ADMITTED** | | 8/12/21 |
| 22. | New Century BMW Repair Order No. 1033915 dated 8/28/18 (Lorena Godinez vs. BMWNA 50-52) | X | | **ADMITTED** | | 8/16/21 |

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
| 23. | New Century BMW Repair Order No. 1039168 dated 10/29/18 (Lorena Godinez vs. BMWNA 63-65) | X | | **ADMITTED** | | 8/16/21 |
| 24. | WITHDRAWN | | | | | |
| 25. | WITHDRAWN | | | | | |
| 26. | EXCLUDED | | | | | |
| 27. | EXCLUDED | | | | | |
| 28. | EXCLUDED | | | | | |
| 29. | EXCLUDED | | | | | |
| 30. | WITHDRAWN | | | | | |
| 31. | DMV Documents (Lorena Godinez vs. BMWNA 3-4, 58, 92, additional pages) | X | X | **ADMITTED** | | 8/16/21 |
| 32. | Insurance Documents (Lorena Godinez vs. BMWNA 5, 59-62, 77-80, 90-91, 93-111) | | | **ADMITTED** | | 8/16/21 |
| 33. | WITHDRAWN | | | | | |
| 34. | Email from BMW to Plaintiff RE: Plaintiff's Repurchase Request dated 11/10/16 (Lorena Godinez v. BMWNA 56-57) | X | X | **ADMITTED** | | 8/16/21 |

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
| 35. | Internal BMW Email RE: Plaintiff's Repurchase Request dated 11/10/16 (GODINEZ000219) | X | X | **ADMITTED** | | 8/16/21 |
| 36. | Service History Recap through 9/26/16 (GODINEZ000119-20) | | | **Subject to Foundation** | 8/16/21 | |
| 37. | WITHDRAWN | | | | | |
| 38. | WITHDRAWN | | | | | |
| 39. | WITHDRAWN | | | | | |
| 40. | WITHDRAWN | | | | | |
| 41. | WITHDRAWN | | | | | |
| 42. | WITHDRAWN | | | | | |
| 43. | Service Request Detail 201631205281 dated 11/23/16 (GODINEZ000081-86) | X | X | **ADMITTED** | | 8/16/21 |
| 44. | SI B 63 06 10 – LEDs in Rear Lamp Inoperative (GODINEZ000593) | X | X | **ADMITTED** | | |
| 45. | WITHDRAWN | | | | | |
| 46. | WITHDRAWN | | | | | |
| 47. | WITHDRAWN | | | | | |

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
| 48. | SI B 12 18 14 – Engine Misfire Due to Failed Ignition Coil (GODINEZ000586-88) | X | | **ADMITTED** | | 8/12/21 |
| 49. | WITHDRAWN | | | | | |
| 50. | WITHDRAWN | | | | | |
| 51. | WITHDRAWN | | | | | |
| 52. | Service and Warranty Information Booklet – 2010 1 Series, 3 Series, 5 Series, 6 Series (GODINEZ000001-61) | X | X | **ADMITTED** | | 8/12/21 |
| 53. | WITHDRAWN | | | | | |
| 54. | Owner's Manual for Vehicle – 328i, 328i xDrive, 335i, 335i xDrive, M3 | X | X | **ADMITTED** | | |

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
| 55. | Photographs of Vehicle (Lorena Godinez vs. BMWNA 46-49) (Exhibit 4 Plaintiff's Depo) (Lorena Godinez vs. BMWNA 81) | | | **ADMITTED AS TO PHOTOGRAPHS 1 THROUGH 9. DEFENDANT OBJECTS TO PHOTOGRAPH 10 AND DID NOT AGREE TO PHOTOPGRAPH 10 AT THE AUGUST 5, 2021 CONFERENCE; PLAINTIFF CONTENDS THIS ENTIRE EXHIBIT PAGES 1-10 WAS RULED UPON AT THE CONFERENCE.** | | 8/16/21 |
| 56. | WITHDRAWN | | | | | |
| 57. | WITHDRAWN | | | | | |
| 58. | WITHDRAWN | | | | | |
| 59. | WITHDRAWN | | | | | |
| 60. | New Century BMW Repair Order No. 1074082 dated 1/2/20 | X | | **ADMITTED** | | 8/16/21 |
| 61. | EXCLUDED | | | | | |
| 62. | WITHDRAWN | | | | | |
| 63. | WITHDRAWN | | | | | |
| 64. | WITHDRAWN | | | | | |
| 65. | New Century BMW Repair Order No. 1098631 dated 2/3/21 | X | | **ADMITTED** | | 8/16/21 |
| 66. | WITHDRAWN | | | | | |

55.416. - 00619561.DOCX

-11-

*AMENDED* JOINT EXHIBIT LIST

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection/ Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
| 67. | New Century BMW Repair Order No. 1104508 dated 5/13/21 | X | | **ADMITTED** | | 8/16/21 |
| 68. | 2010 BMW 3 Series Coupe Sales Brochure – 328i, 328i xDrive, 335i, 335i xDrive | | | **ADMITTED** | | 8/12/21 |
| 69. | New Century BMW Repair Order No. 1081441 dated 4/23/20 | | | **DEFENDANT OBJECTS TO THIS EXHIBIT AS PLAINTIFF ADDED THIS EXHIBIT TO THE EXHIBIT LIST ON AUGUST 9, 2021, AFTER BOTH PRETRIAL CONFERENCES WERE HELD** | | 8/16/21 |
| 70. | *Reserved* | | | | | |

## DEFENDANT'S EXHIBITS

| Exhibit No. | Description | Stip to Auth. | Stip to Admit | Objection Response | Date Id. | Date Adm. |
|---|---|---|---|---|---|---|
| 1000. | Vehicle Repair Timelines | | | Demonstrative Only | 8/17/21 | |
| 1001. | WITHDRAWN | | | | | |
| 1002. | Vehicle Warranty History | X | | ADMITTED | | 8/17/21 |
| 1003. | WITHDRAWN | | | | | |
| 1004. | WITHDRAWN | | | | | |
| 1005. | WITHDRAWN | | | | | |
| 1006. | Carfax re subject vehicle | | | ADMITTED | 8/17/21 | |
| 1007. | Luis Holguin expert disclosure and expert report | | | | 8/17/21 | |
| 1008. | WITHDRAWN | | | | | |
| 1009. | Diagram Re Oil Filter Housing Gasket and Gasket; and Exemplar Oil Filter Housing Gasket and Gasket | | | ADMITTED | | 8/12/21 |
| 1010. | Diagram Re Drive Belt Pulley, Idler Pulley, and Power Steering Pump | | | ADMITTED | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1011. | Diagram Re Coolant System | | | ADMITTED | | 8/12/21 |
| 1012. | WITHDRAWN | | | | | |
| 1013. | Diagram Re Valve Cover and Exemplar Valve Cover Gasket | | | ADMITTED | | 8/17/21 |
| 1014. | Diagram Re O2 Sensor | | | ADMITTED | | 8/12/21 |
| 1015. | Foot Well Module Description | | | WITHDRAWN | | |
| 1016. | Exemplar Tail Lamp LED Circuit Board | | | | | 8/17/21 |
| 1017. | WITHDRAWN | | | | | |
| 1018. | WITHDRAWN | | | | | |
| 1019. | WITHDRAWN | | | | | |
| 1020. | Ignition Coil Diagram | | | ADMITTED | | 8/12/21 |
| 1021. | Exemplar Valve Cover | | | ADMITTED | | |
| 1022. | Customer Contact Log | | | ADMITTED | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1023. | Email dated 12/19/16 to Jose Conde re additional vehicle repair with attached documents | X | X | ADMITTED PAGES 1-3; MUST LAY FOUNDATION FOR PAGE 4 | | 8/16/21 |
| 1024. | Email re Jose Conde's Response to 12/19/16 email | X | X | ADMITTED | | 8/16/21 |
| 1025. | Oil Filter Housing Gasket | | | | 8/17/21 | 8/17/21 |
| 1026. | Valve Cover and Exemplar Valve Cover Gasket | | | | 8/17/21 | 8/17/21 |

                                    Respectfully Submitted,

DATED:     August 24, 2021          **KNIGHT LAW GROUP, LLP**


                                    By:  */s/ Scot D. Wilson*
                                         Steve Mikhov
                                         Scot D. Wilson
                                         Roger Kirnos
                                         Attorneys for Plaintiff,
                                         LORENA GODINEZ


DATED:     August 24, 2021          **LEHRMAN LAW GROUP**


                                    By:  */s/ Daniel R. Villegas*
                                         Daniel R. Villegas
                                         Attorneys for Defendant,
                                         BMW OF NORTH AMERICA, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28