UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

| | |
|---|---|
| Lorena Godinez, et al., | ) Case No.: 2:17-cv-05072-FLA (RAOx) |
| Plaintiff(s), | ) **JURY NOTE NUMBER:** 03 |
| vs. | ) Date: 11-15-2021 |
| BMW of North America, LLC, et al., | ) Time: 1:19 pm |
| Defendant(s). | ) |

✓    THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____