**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA GODINEZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:17-cv-05072-FLA (RAOx)<br><br>**JUDGMENT** |

This action came for trial on November 9, 2021 in Courtroom 6B of the United States District Court for the Central District of California, the Honorable Fernando L. Aenlle-Rocha, United States District Judge, presiding. Plaintiff Lorena Godinez ("Plaintiff") was represented at trial by Scot D. Wilson and Gregory Richard Mohrman. Defendant BMW of North America, LLC ("Defendant" or "BMW) was represented at trial by Daniel R. Villegas and Andrew K. Stefatos.

A jury of eight (8) persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the court and the cause was submitted to the jury with directions to return a verdict. The jury deliberated and thereafter returned to the court its verdict, Dkts. 212, 213, unanimously finding the following:

1. Plaintiff Lorena Godinez bought a new 2010 BMW 328i SA distributed by BMW of North America, LLC;

2. BMW of North America, LLC gave Plaintiff a written warranty;

3. The 2010 BMW 328i SA had defect(s) covered by the warranty that substantially impaired the vehicle's use, value, or safety to a reasonable buyer in Plaintiff's situation;

4. BMW of North America, LLC or its authorized repair facility failed to repair the 2010 BMW 328i SA to match the written warranty after a reasonable number of opportunities to do so;

5. BMW of North America, LLC failed to promptly replace or repurchase the 2010 BMW 328i SA;

6. Regarding damages, the purchase price of the vehicle itself was $6,000, incidental and consequential damages totaled $8,400, and the value of use was $377.80, resulting in total actual damages of $14,022.20.

7. BMW of North America, LLC willfully failed to repurchase or replace the new 2010 BMW 328i SA; and

8. A civil penalty in the amount of $28,044.40 was imposed.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff Lorena Godinez shall recover from Defendant BMW of North America, LLC, the amounts of: (1) $6,000 for the purchase price of the vehicle, $8,400 in incidental and consequential damages, minus $377.80 for the mileage offset/use of the vehicle, totaling $14,022.20 in actual damages; and (2) $28,044.40 in civil penalties, for a total judgment of $42,066.60, with interest thereon at the rate of ten percent per annum from the date of entry of this judgment until paid;

This court shall decide all issues involving attorney's fees, costs, expenses, and prejudgment interest by post-judgment motions and order that an amended judgment be prepared for execution.

Dated: December 1, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge